

| | | | |
|---|---|---|---|
| Crystal Sea Shipping Co., Limited | | Date: | 23-JAN-2024 |
| Room 2002-1, Building B, No 55 | | Our Order No.: | 1055-102557 |
| Dongsanhuan Road (M), Chaoyang District, | | Our Ref.: | TZH |
| Beijing | | Page | 1 of 2 |
| China | | | |

# ORDER CONFIRMATION

**KPI OceanConnect Inc.**

On behalf of KPI OceanConnect Inc., we are pleased to confirm the following order:

| | | | |
|---|---|---|---|
| Vessel Name | **OCEAN BELT** | Agent | Celtic International Shipping Agency, New Orleans |
| IMO No. | 9384930 | | |
| Delivery Port | New Orleans- Louisiana, US | | |
| | | | |
| Delivery Date | 01-FEB-2024 - 20-FEB-2024 | | |
| ETA | 01-FEB-2024 | | |
| ETD | 20-FEB-2024 | | |
| Seller: | KPI OceanConnect Inc. | | |

Buyer: OCEAN BELT and/or master and/or Ocean Belt Maritime Inc and/or charterers and/or managers and/or operators and/or Crystal Sea Shipping Co., Limited

Payment Terms: 30 Days from date of delivery by telegraphic transfer against seller's fax or e-mail invoice.

Interest shall be payable by the buyer at 3 percent per month or pro-rata for any part thereof in respect of late payment.
Buyer agrees to reimburse seller in full for all costs and expenses incurred by seller arising out of and/or in connection with non or late payment.

| Product | Quantity | | Unit Price |
|---|---|---|---|
| VLSFO - max 0.50% ISO 8217:2010(E) RMG 380 | 1,330-1,600 Mts. | USD | 605.00 / MTS |
| MGO 0.10% ISO 8217:2010(E) DMA | 100-300 Mts. | USD | 800.00 / MTS |
| Barging | 1,430-1,900 Mts. | USD | 14.29 / MTS |

| Remarks | out of port fee if applicable | EXHIBIT 2 |
|---|---|---|

**KPI OceanConnect Inc.**

116 Chestnut St.   Suite 300   Red Bank, NJ 07701   United States
P: +1 732 219 7900   Fax No. +1 732 219 7919   E-Mail: americas@kpiocean.com   www.kpioceanconnect.com

03022-1157



| | |
|---|---|
| Our Order No.: | 1055-102557 |
| Page | 2 of 2 |

**NOTES**

It is master's/chief engineer's responsibility to ensure when signing delivery note and acknowledgement of sealed samples - that representative samples have actually been received on board.
OTHER COSTS relating to the delivery if applied, i.e. wharfage, anchorage, demurrage, overtime, etc., for buyer's account.
Please note that in case of cancellation, either partially or fully, any cancellation costs incurred are for buyer's account.

**CONTRACTUAL TERMS**

Seller's, KPI OceanConnect Inc., terms & conditions to apply to this contract and the latest version is available from our website http://www.kpioceanconnect.com/terms-conditions/. These terms & conditions are an integral part of this contract.

Best Regards
**KPI OceanConnect Inc.**
Tiffany Zhao
Mobile No.: +1 425 283 7043
Tel No.: +1 425 283 7043

**KPI OceanConnect Inc.**

116 Chestnut St.   Suite 300   Red Bank, NJ 07701   United States
P: +1 732 219 7900   Fax No. +1 732 219 7919   E-Mail: americas@kpiocean.com   www.kpioceanconnect.com

03022-1157