**SHELL TRADING US COMPANY**
1000 Main St. – 12th Floor
Houston, Texas 77002
Tel: +1 (713) 767-5300

## BUNKER DELIVERY NOTE

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| Port | Nola | Delivery Date | 3/11/24 | | |
| Delivery Location | Bonnet Care Anch m 127 | Vessel's Name | Ocean belt | | |
| Bunker Barge Name | PBL 2461 | IMO No / License No. (if applicable) | 938490 | | |
| Shell Trip No. | 9885957 | Gross tonnage | | | |
| Date & Time Alongside Vessel | 3/11/2024, 0705 hr | Owner/Operator | | | |
| Date & Time Commenced Pumping | 3/11/2024, 0720 hr | ETD | | | |
| Date & Time Completed Pumping | 3/11/2024, 1615 hr | Next Port | | *International Waters | Justice |
| Date & Time Barge Away | 3/11/2024, 17:00 hr | Tug Name | | | |

### PRODUCT SUPPLIED

| Grade | Viscosity cst @ 50°C | API @ 60°F | Density @ 15°C kg/m³ | Delivery Temp °F/°C | Flash Point °F/°C | Pour Point °F/°C | Water (% V/V) | Sulfur (%m/m) |
|---|---|---|---|---|---|---|---|---|
| MGO | 2.758 | 33.9 | 855 | 63.0 | 159 | -6 | 0.05 | 0.0883 |
| VLSFO | 29.11 | 17.4 | 949.6 | 71.0 | 200 | -0.4 | 0.05 | 0.492 |

### QUANTITY

| Grade | Gross Barrels | Volume Correction Factor | Net Barrels | Metric Tons |
|---|---|---|---|---|
| MGO | | 0.135733 | 2,211.46 | 300.09 |
| VLSFO | | 0.150774 | 10,605.80 | 1,599.02 |

### SAMPLES

| FUEL GRADE | BUYER MARPOL SAMPLE | BUYER SAMPLE 1 | SUPPLIER SAMPLE 2 | SUPPLIER SAMPLE 3 |
|---|---|---|---|---|
| MGO | 959051 | 959052 | 959053 | 959054 |
| VLSFO | 959055 | 959056 | 959057 | 959058 |

**Declaration that bunker fuel supplied conforms with MARPOL Annex VI**

We declare that the bunker fuel supplied conforms with Regulation 18.3 of this Annex and that the sulphur content of the fuel oil supplied does not exceed:
Please mark (x) in the applicable box(es) below.
[x] the limit value given by Regulation 14.1 of this Annex;
[x] the limit value given by Regulation 14.4 of this Annex; or
[ ] the purchaser's specified limit value of 0.5 (% m/m), as completed by the fuel oil supplier's representative and on the basis of the purchaser's notification that the fuel oil is intended to be used:
1. in combination with an equivalent means of compliance in accordance with Regulation 4 of this Annex; or
2. is subject to a relevant exemption for a ship to conduct trials for sulphur oxides emission reduction and control technology research in accordance with Regulation 3.2 of this Annex.

Was any Note of Protest issued? *Yes/**No** (No circled)
Reason/ Remarks

Was a copy of SDS received? **Yes**/No (Yes circled)

**CUSTOMER FEEDBACK**
The following rating is satisfaction level of the bunkering operation (please circle):
1......2......3......4......**5**
Very Unsatisfied                Very Satisfied

**Acknowledged By:**
**M/V JUSTICE**
Official # 1192071
For: SHELL TRADING US COMPANY

Signature of Shell Representative

Deunty KNY
Full Name in Block Letters     Bunker Tanker's Stamp

I hereby certify that the quantities of petroleum products declared above have been received in full by the above mentioned vessel for the purpose of departing to a destination as indicated. For destination outside Singapore, I am fully aware that the quantities of petroleum products are supplied without payment of GST on the condition that the said products are used solely by the vessel for the aforesaid purposes. I understand that a breach of this condition is an offence and I hereby undertake not to breach this condition.

Acknowledged By:
C/E  M/V. OCEAN BELT  1630 / 11-MAR-2024
Signature of Master / Chief Engineer /Date & Time
Ch. Engineer

LI GUOWEI
Full Name in Block Letters     Vessel's Stamp

# The COQ (Certificate of Quality) Density stated above is for fuel specification only and not for custody transfer quantity determination.
* Delete as appropriate

EXHIBIT 3     DEC 2018